UNITED STATES DISTRICT COURT

                       EASTERN DISTRICT OF CALIFORNIA


CALIFORNIA SHOCK TRAUMA AIR        No. 2:09-cv-00090-MCE-JFM
RESCUE,

        Plaintiff,                 **RELATED CASE ORDER**

     v.

STATE COMPENSATION INSURANCE
FUND, et al.,

        Defendants.
_____/

CALIFORNIA SHOCK TRAUMA AIR        No. 2:09-cv-00759-FCD-GGH
RESCUE,

        Plaintiff,

     v.

AIG INSURANCE SERVICES, INC.,
et al.,

        Defendants.
_____/

     The Court has received the Notice of Related Case filed on

March 20, 2009.

     Examination of the above-entitled civil actions reveals that

these actions are related within the meaning of Local Rule 83-

123(a) (E.D. Cal. 1997).

The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:09-cv-00759-FCD-GGH, California Shock Trauma Air Rescue v. AIG Insurance Services, Inc., et al. is reassigned to Judge Morrison C. England, Jr. and John F. Moulds for all further proceedings, and any dates currently set in this reassigned case only is hereby VACATED. The Clerk of the Court is to issue an Order Requiring Joint Status Report. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:09-cv-00759-MCE-JFM.

///
///
///
///
///

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2    appropriate adjustment in the assignment of civil cases to
3    compensate for this reassignment.

4    IT IS SO ORDERED.

5    Dated: March 26, 2009

                                    _____
8                                   MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE