KATHRYN DOI, SBN 121979
JOHN E. FISCHER, SBN 065792
JENNY MAE PHILLIPS, SBN 255458
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000
Email: kdoi@murphyaustin.com
Email: jfischer@murphyaustin.com
Email: jphillips@murphyaustin.com

Attorneys for Plaintiff
CALIFORNIA SHOCK TRAUMA AIR RESCUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SHOCK TRAUMA AIR RESCUE,<br><br>Plaintiff,<br><br>v.<br><br>STATE COMPENSATION INSURANCE FUND, et al.,<br><br>Defendants. | Case No. 2:09-cv-00090<br><br>**ORDER GRANTING STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT AS TO CERTAIN DEFENDANTS WHO HAVE NOT FILED RESPONSIVE PLEADINGS TO THE FILING OF PLAINTIFF'S AMENDED COMPLAINT** |

Pursuant to the stipulation signed by Plaintiff CALSTAR and the following Non-Responding Stipulating Defendants ("Stipulating Defendants"):

- State Compensation Insurance Fund;
- Old Republic Insurance Company;
- Protected Insurance Program For Schools;
- American Home Assurance Company;
- Allied Property and Casualty Insurance Company;
- Virginia Surety Insurance Company;
- Zurich American Insurance Company;
- Redwood Fire & Casualty Insurance Company;

- 1 -

632.005-744626.1

PDF created with pdfFactory trial version www.pdffactory.com

- Seabright Insurance Company;
- Employers Direct Insurance Company;
- Applied Underwriters, Inc.;
- National Liability & Fire Insurance Company;
- Church Mutual Insurance Company;
- Safety National Casualty Corporation;
- Cypress Insurance Company;
- Alaska National Insurance Company;
- Washington State Department of Labor & Industries;
- Intercare Insurance Solutions, Inc.;
- California State Association of Counties Excess Insurance Authority;
- East Bay Regional Park District;
- County of El Dorado;
- County of Marin; Municipal Pooling Authority;
- Northern California Districts Insurance Authority;
- County of Santa Barbara;
- County of Solano;
- County of Stanislaus;
- Trindel Insurance Fund;
- Special District Risk Management Authority;
- City of Pleasanton;
- Fire Association Self-Insurance System;
- Lake Valley Fire Protection District;
- City of Monterey;
- AIMS Insurance Services;
- Employers Insurance Company of Wausau;
- Safeco Insurance Company of America;
- Norcal Waste Systems, Inc.;

PDF created with pdfFactory trial version www.pdffactory.com

- Redwood Empire Municipal Insurance Fund; and
- 99 Cent Only Stores,

**IT IS ORDERED** that the due date for the initial responsive pleading of the Stipulating Defendants shall be extended as follows:

(1) In the event the Court grants CALSTAR's motion for leave to file an amended complaint, or deems the amended complaint filed, Stipulating Defendants' initial responsive pleading in this matter shall be a response to the amended complaint, which response shall be due not later than twenty (20) days after either the date the amended complaint is filed electronically or the date the Court's order deeming the amended complaint filed is filed electronically; or

(2) In the event the Court denies CALSTAR's motion for leave to file an amended complaint, Stipulating Defendants' initial responsive pleading in this matter shall be a response to the original complaint, which shall be due not later than twenty (20) days after the date the Court's order denying CALSTAR's motion for leave to file an amended complaint is filed electronically.

(3) Except as provided in paragraph 2, Stipulating Defendants' shall not have any further obligation to file any form of response to the original complaint filed by CALSTAR on January 9, 2009.

Dated: April 22, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com