UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CALIFORNIA SHOCK TRAUMA AIR RESCUE, | No. 2:09-cv-00090-MCE-JFM |
| Plaintiff, | |
| v. | ORDER |
| STATE COMPENSATION INSURANCE FUND, et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Motion for Leave to File First Amended Complaint.[1] Pursuant to Federal Rule of Civil Procedure 15(a)(2), "[t]he court should freely give leave when justice so requires."

///
///
///
///

---

[1] Because oral argument will not be of material assistance, the Court ordered this matter submitted on the briefing. E.D. Cal. Local Rule 78-230(h).

1

Accordingly, in light of the potential complexity of this case, and since Plaintiff filed this Motion in the early stages of litigation, Plaintiff's Motion (Docket No. 71) is GRANTED. Plaintiff's First Amended Complaint, submitted as Exhibit "A" to the current Motion, shall be deemed filed on the date this Order is electronically filed, and Defendants are directed to respond to the First Amended Complaint not later than twenty (20) days following that same date.

IT IS SO ORDERED.

Dated: April 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE