| | |
|---|---|
| 1 | KATHRYN DOI, SBN 121979 |
| | JOHN E. FISCHER, SBN 065792 |
| 2 | JENNY MAE PHILLIPS, SBN 255458 |
| | MURPHY AUSTIN ADAMS SCHOENFELD LLP |
| 3 | 304 "S" Street (95811-6906) |
| | Post Office Box 1319 |
| 4 | Sacramento, California 95812-1319 |
| | Telephone: (916) 446-2300 |
| 5 | Facsimile: (916) 503-4000 |
| | Email: kdoi@murphyaustin.com |
| 6 | Email: jfischer@murphyaustin.com |
| | Email: jphillips@murphyaustin.com |

Attorneys for Plaintiff
CALIFORNIA SHOCK TRAUMA AIR RESCUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SHOCK TRAUMA AIR RESCUE,<br><br>Plaintiff,<br><br>v.<br><br>STATE COMPENSATION INSURANCE FUND, et al.,<br><br>Defendants. | Case No. 2:09-cv-00090<br><br>**ORDER GRANTING STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT AS TO CERTAIN DEFENDANTS WHO HAVE NOT FILED RESPONSIVE PLEADINGS TO THE FILING OF PLAINTIFF'S AMENDED COMPLAINT** |

Pursuant to the stipulation signed by Plaintiff CALSTAR and the following Non-Responding Stipulating Defendants ("Stipulating Defendants"):

- Contra Costa County Schools Insurance Group;
- Danaher Corporation;
- Midwest General Insurance Agency, LLC;
- Pacific Gas & Electric Company;
- The Travelers Indemnity Company.

**IT IS ORDERED** that the due date for the initial responsive pleading of the Stipulating Defendants shall be extended as follows:

- 1 -

632.005-746961.1

ORDER GRANTING STIPULATION 2:09-CV-00090

PDF created with pdfFactory trial version www.pdffactory.com

(1) In the event the Court grants CALSTAR's motion for leave to file an amended complaint, or deems the amended complaint filed, Stipulating Defendants' initial responsive pleading in this matter shall be a response to the amended complaint, which response shall be due not later than twenty (20) days after either the date the amended complaint is filed electronically or the date the Court's order deeming the amended complaint filed is filed electronically; or

(2) In the event the Court denies CALSTAR's motion for leave to file an amended complaint, Stipulating Defendants' initial responsive pleading in this matter shall be a response to the original complaint, which shall be due not later than twenty (20) days after the date the Court's order denying CALSTAR's motion for leave to file an amended complaint is filed electronically.

(3) Except as provided in paragraph 2, Stipulating Defendants' shall not have any further obligation to file any form of response to the original complaint filed by CALSTAR on January 9, 2009.

DATED: April 28, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -
ORDER GRANTING STIPULATION 2:09-CV-00090
632.005-746961.1

PDF created with pdfFactory trial version www.pdffactory.com