LAWRENCE G. BROWN
Acting United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2743  Direct
(916) 554-2900  Facsimile

Attorneys for Defendant,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WATTS *and* ROBERT WATTS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | No. 2:09-CV-00059 FCD-DAD<br><br>**STIPULATION AND ORDER SETTING DATE TO RESPOND TO COMPLAINT** |

　　　　Plaintiffs Patricia Watts and Robert Watts through their counsel of record, and Defendant United States of America, through its counsel of record, hereby stipulate and agree that the United States Response to the Complaint will be filed on or before June 1, 2009.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　　　　　Acting United States Attorney

Dated:　May 5, 2009　　　　　　　　By:　*/s/ Jason Ehrlinspiel*
　　　　　　　　　　　　　　　　　　　JASON EHRLINSPIEL
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　United States of America

STIPULATION AND ORDER SETTING DATE
TO RESPOND TO COMPLAINT　　　　　　1

| | | |
|---|---|---|
| | | RAWLS & McNELIS, PC |
| Dated: May 5, 2009 | By: | */s/ Brewster Rawls*<br>BREWSTER S. RAWLS, PHV |
| | | Attorneys for Plaintiffs,<br>Patricia Watts *and* Robert Watts |

**IT IS SO ORDERED**.

Dated: May 5, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE