1   KATHRYN DOI, SBN 121979
    JOHN E. FISCHER, SBN 065792
2   JENNY MAE PHILLIPS, SBN 255458
    MURPHY AUSTIN ADAMS SCHOENFELD LLP
3   304 "S" Street (95811-6906)
    Post Office Box 1319
4   Sacramento, California 95812-1319
    Telephone:      (916) 446-2300
5   Facsimile:      (916) 503-4000
    Email:          kdoi@murphyaustin.com
6   Email:          jfischer@murphyaustin.com
    Email:          jphillips@murphyaustin.com
7
    Attorneys for Plaintiff
8   CALIFORNIA SHOCK TRAUMA AIR RESCUE

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  CALIFORNIA SHOCK TRAUMA AIR          Case No.  2:09-cv-00090
    RESCUE,
13                                       **ORDER GRANTING STIPULATION
                                         BETWEEN PLAINTIFF AND CERTAIN
14               Plaintiff,              DEFENDANTS WHO HAVE <u>FILED</u>
                                         <u>RESPONSIVE PLEADINGS TO THE</u>
15  v.                                   FILING OF PLAINTIFF'S AMENDED
                                         COMPLAINT**
16  STATE COMPENSATION INSURANCE
    FUND, et al.,
17
                 Defendants.
18

19

20

21        Pursuant to the stipulation signed by plaintiff and certain defendants who have filed

22  responsive pleadings to the complaint filed on January 9, 2009, in the above entitled matter,

23  ///

24  ///

25  ///

26  ///

27  ///

28

632.005-739530.1

ORDER GRANTING STIPULATION  RE RESPONSIVE DEFENDANTS

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

PDF created with pdfFactory trial version www.pdffactory.com

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

IT IS ORDERED that the following defendants who filed pleadings in response to the initial complaint may either allow their answer to the original complaint to be deemed their response to the amended complaint, or may file a response to the amended complaint within twenty (20) calendar days after the date that this Order is electronically filed:

- Ø Sierra Pacific Industries
- Ø Lincoln General Insurance Company
- Ø Broadspire Services Inc.
- Ø Florists' Mutual Insurance Company
- Ø XL Specialty Insurance Company
- Ø CompWest Insurance Company
- Ø Manpower Inc.
- Ø GuideOne Mutual Insurance Company
- Ø Ace American Insurance Company
- Ø Zenith Insurance Company
- Ø Employers Compensation Insurance Company
- Ø Barrett Business Services, Inc.
- Ø Insurance Company of the West
- Ø City of Salinas

DATED: May 5, 2009

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

632.005-739530.1

ORDER GRANTING STIPULATION  2:09-CV-00090

PDF created with pdfFactory trial version www.pdffactory.com