**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CALIFORNIA SHOCK TRAUMA AIR RESCUE,

vs.

STATE COMPENSATION INSURANCE FUND, et al.,

Defendants.

Case No. 2:09-CV-00090-MCE-JFM

**ORDER RE INITIAL EX PARTE APPLICATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

---oo0oo---

Having considered defendant PROTECTED INSURANCE PROGRAM FOR SCHOOLS' ex parte application for an extension of time to respond to plaintiff's First Amended Complaint, and finding good cause therefore,

///

///

///

**IT IS HEREBY ORDERED** that defendant PROTECTED INSURANCE PROGRAM FOR SCHOOLS have to and including June 10, 2009 by which to file such responsive pleading.

Dated: May 18, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Farmer Smith & Lane, LLP

ORDER RE INITIAL EX PARTE APPLICATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

20384