# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SHOCK TRAUMA AIR RESCUE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE COMPENSATION INSURANCE FUND, et al., <br><br>　　　　Defendants.<br>_____ / | Case No. 2:09-CV-00090-MCE-JFM<br><br>**ORDER RE EX PARTE APPLICATION FOR INITIAL EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Having considered Defendants CALIFORNIA STATE ASSOCIATION OF COUNTIES EXCESS INSURANCE AUTHORITY, EAST BAY REGIONAL PARK DISTRICT, COUNTY OF EL DORADO, COUNTY OF MARIN, MUNICIPAL POOLING AUTHORITY, NORTHERN CALIFORNIA DISTRICTS INSURANCE AUTHORITY, COUNTY OF SANTA BARBARA, COUNTY OF SOLANO, COUNTY OF STANISLAUS, TRINDEL INSURANCE FUND, SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY, CITY OF PLEASANTON, FIRE ASSOCIATION SELF-INSURANCE SYSTEM, LAKE VALLEY FIRE PROTECTION DISTRICT, CITY OF MONTEREY, and AIMS INSURANCE SERVICES Ex Parte Application for an initial extension of time to respond to Plaintiff's First Amended Complaint,

///

///

1

**[PROPOSED] ORDER RE EX PARTE APPLICATION FOR INITIAL EXTENSION**

00684103.WPD

1. and finding good cause therefor, said Defendants have to and including June 2, 2009 in which to file
2. a response to Plaintiff's First Amended Complaint.
3. **IT IS SO ORDERED.**
4. Dated: May 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE