MALCOLM A. HEINICKE (State Bar No. 194174)
Malcolm.Heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant
99¢ ONLY STORES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SHOCK TRAUMA AIR RESCUE,<br><br>PLAINTIFF,<br><br>VS.<br><br>STATE COMPENSATION INSURANCE FUND, ET AL.,<br><br>DEFENDANTS. | CASE NO. 2:09-CV-00090-MCE-JFM<br><br>**ORDER RE EX PARTE APPLICATION FOR INITIAL EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>JUDGE: HONORABLE MORRISON C. ENGLAND, JR. |

Having considered Defendant 99¢ Only Stores' Ex Parte Application for an initial extension of time to respond to Plaintiff's First Amended Complaint, and finding good cause therefor, said Defendant has to and including June 3, 2009 in which to file a response to Plaintiff's First Amended Complaint.

DATED: May 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com