PETER ROAN, SBN 137379
RONALD D. KURTZ, SBN 195918
LOCKE LORD BISSELL & LIDDELL LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone:  (213) 687-6788
Facsimile:  (213) 341-6788
Email:       proan@lockelord.com
Email:       rkurtz@lockelord.com

Attorneys for Defendants
REDWOOD FIRE & CASUALTY INSURANCE COMPANY, SEABRIGHT INSURANCE COMPANY, EMPLOYERS DIRECT INSURANCE COMPANY, APPLIED UNDERWRITERS, INC., NATIONAL LIABILITY & FIRE INSURANCE COMPANY, CHURCH MUTUAL INSURANCE COMPANY, INSURANCE COMPANY OF THE WEST, SAFETY NATIONAL CASUALTY CORPORATION, CYPRESS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SHOCK TRAUMA AIR RESCUE,<br><br>                          Plaintiff,<br><br>     vs.<br><br>STATE COMPENSATION INSURANCE FUND, et al.,<br><br>                          Defendants. | CASE NO. 2:09-cv-00090 MCE KJM<br><br>HON. MORRISON C. ENGLAND, JR<br><br>**STIPULATION AND ORDER REGARDING HEARING DATES FOR MOTIONS TO DISMISS AND MOTION TO CONSOLIDATE AND TO WITHDRAW EX PARTE APPLICATION TO CONSOLIDATE HEARING DATES** |

   WHEREAS, Defendants REDWOOD FIRE & CASUALTY INSURANCE COMPANY, SEABRIGHT INSURANCE COMPANY, EMPLOYERS DIRECT INSURANCE COMPANY, APPLIED UNDERWRITERS, INC., NATIONAL LIABILITY & FIRE INSURANCE COMPANY, CHURCH MUTUAL INSURANCE COMPANY, INSURANCE COMPANY OF THE WEST, SAFETY NATIONAL CASUALTY CORPORATION, CYPRESS INSURANCE COMPANY on May 19, 2009 filed a Motion to Dismiss the First Amended Complaint, with hearing set for June 25, 2009;

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Defendants EMPLOYERS INSURANCE COMPANY OF WAUSAU and SAFECO INSURANCE COMPANY OF AMERICA on May 19, 2009 filed a Motion to Dismiss the First Amended Complaint, with hearing set for June 25, 2009;

WHEREAS, Defendants SIERRA PACIFIC INDUSTRIES, NORCAL WASTE SYSTEMS, INC., REDWOOD EMPIRE MUNICIPAL INSURANCE FUND, MCM CONSTRUCTION INC., and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA on May 19, 2009 filed a Notice of Motion and Motion to Consolidate, with hearing set for June 25, 2009 (hereinafter the Defendants who filed the above-referenced motions to dismiss and motion to consolidate are collectively referred to as to "Moving Defendants");

WHEREAS, Defendants CALIFORNIA STATE ASSOCIATION OF COUNTIES EXCESS INSURANCE AUTHORITY, EAST BAY REGIONAL PARK DISTRICT, COUNTY OF EL DORADO, COUNTY OF MARIN, MUNICIPAL POOLING AUTHORITY, NORTHERN CALIFORNIA SPECIAL DISTRICTS INSURANCE AUTHORITY, COUNTY OF SANTA BARBARA, COUNTY OF SOLANO, COUNTY OF STANISLAUS, TRINDEL INSURANCE FUND, SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY, CITY OF PLEASANTON, FIRE ASSOCIATION SELF-INSURANCE SYSTEM, LAKE VALLEY FIRE PROTECTION DISTRICT, CITY OF MONTEREY, CITY OF WATSONVILLE, and AIMS INSURANCE SERVICES on June 2, 2009 filed a Motion to Dismiss the First Amended Complaint, with hearing set for July 16, 2009;

WHEREAS, Plaintiff California Shock Trauma Air Rescue ("CALSTAR") on June 2, 2009 filed a Motion for Summary Judgment, with hearing set for July 16, 2009;

WHEREAS, CALSTAR on June 2, 2009 filed an Ex Parte Application To Consolidate Hearing Date And Briefing Schedules;

WHEREAS, the above parties have agreed to a hearing schedule for the above-referenced motions;

///

PDF created with pdfFactory trial version www.pdffactory.com

CALSTAR AND THE MOVING DEFENDANTS HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. CALSTAR withdraws its Ex Parte Application To Consolidate Hearing Date And Briefing Schedules and the proposed order thereon upon entrance of an order approving this stipulation;

2. The hearing of the following motions shall be continued from June 25, 2009 at 2:00 p.m. to the new stipulated date of **July 16, 2009 at 2:00 p.m.**:

(1) Defendants' Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint filed on May 19, 2009 by REDWOOD FIRE & CASUALTY INSURANCE COMPANY, SEABRIGHT INSURANCE COMPANY, EMPLOYERS DIRECT INSURANCE COMPANY, APPLIED UNDERWRITERS, INC., NATIONAL LIABILITY & FIRE INSURANCE COMPANY, CHURCH MUTUAL INSURANCE COMPANY, INSURANCE COMPANY OF THE WEST, SAFETY NATIONAL CASUALTY CORPORATION, CYPRESS INSURANCE COMPANY;

(2) Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint filed on May 19, 2009 by EMPLOYERS INSURANCE COMPANY OF WAUSAU and SAFECO INSURANCE COMPANY OF AMERICA; and

(3) Notice of Motion and Motion to Consolidate filed on May 19, 2009 by SIERRA PACIFIC INDUSTRIES, NORCAL WASTE SYSTEMS, INC., REDWOOD EMPIRE MUNICIPAL INSURANCE FUND, MCM CONSTRUCTION INC., and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA.

3. The hearing date scheduled for CALSTAR's Motion for Summary Judgment filed on June 2, 2009 shall be set for **August 27, 2009**.

4. The briefing schedule for all motions shall be calendared based on the new hearing dates.

///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: June 3, 2009 | MURPHY AUSTIN ADAMS SCHOENFELD LLP |

By: /s/ Kathryn Doi (as authorized on June 3, 2009)
    KATHRYN DOI
    JOHN E. FISCHER
    JENNY MAE PHILLIPS
Attorneys for Plaintiff
CALIFORNIA SHOCK TRAUMA AIR RESCUE

Dated: June 4, 2009    LOCKE LORD BISSELL & LIDDELL LLP

By:  /s/ Ronald Kurtz
    PETER ROAN
    RONALD KURTZ
Attorneys for Defendants
REDWOOD FIRE & CASUALTY INSURANCE COMPANY, SEABRIGHT INSURANCE COMPANY, EMPLOYERS DIRECT INSURANCE COMPANY, APPLIED UNDERWRITERS, INC., NATIONAL LIABILITY & FIRE INSURANCE COMPANY, CHURCH MUTUAL INSURANCE COMPANY, INSURANCE COMPANY OF THE WEST, SAFETY NATIONAL CASUALTY CORPORATION, CYPRESS INSURANCE COMPANY

Dated: June 3, 2009    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:  /s/ Moe Kashavarzi (as authorized on June 3, 2009)
    FRANK FALZETTA
    JAMES F. McSHANE
    MOE KESHAVARZI
Attorneys for Defendants
EMPLOYERS INSURANCE COMPANY OF WAUSAU and SAFECO INSURANCE COMPANY OF AMERICA

*Left margin:* Locke Lord Bissell & Liddell LLP, 300 South Grand Avenue, Suite 2600, Los Angeles, CA, 90071-3119

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  June 4, 2009					HANNA, BROPHY, MacLEAN, McALEER & JENSEN


							By:	/s/ Patrick McAleer (as authorized on June 4, 2009)
								PATRICK McALEER
								MEGAN KELLY
							Attorneys for Defendants
							SIERRA PACIFIC INDUSTRIES, NORCAL WASTE SYSTEMS, INC., REDWOOD EMPIRE MUNICIPAL INSURANCE FUND, MCM CONSTRUCTION INC., and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA


### ORDER

**IT IS SO ORDERED.**  All currently scheduled Motions, with the exception of Plaintiff CALSTAR's Motion for Summary Judgment, shall be heard on July 16, 2009 at 2:00 p.m. CALSTAR's Motion for Summary Judgment is continued to August 27, 2009 at 2:00 p.m.  The briefing schedule for all Motions shall be determined in connection with these rescheduled dates.

DATED: June 5, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com