UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SHOCK TRAUMA AIR RESCUE,

    Plaintiff,

  v.

INTERCARE INSURANCE SOLUTIONS, INC., et al.,

    Defendants.

No. 2:09-cv-00090-MCE-KJM

ORDER

----oo0oo----

IT IS HEREBY ORDERED that Defendant, AGRIUM U.S., INC.'s Request to Appear Telephonically at the hearing on Defendants' Motions to Dismiss currently set for July 16, 2009, at 2:00 p.m. is DENIED.

IT IS SO ORDERED.

Dated: June 23, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1