UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SHOCK TRAUMA AIR RESCUE,<br><br>Plaintiff,<br><br>v.<br><br>STATE COMPENSATION INSURANCE FUND, et al.,<br><br>Defendants. | Case No.  2:09-cv-00090<br><br>**ORDER DISMISSING LINCOLN GENERAL INSURANCE COMPANY [FRCP 41(a)(1)]**<br><br>**[Filed concurrently with Stipulation]**<br><br>**ASSIGNED FOR ALL PURPOSES TO HON. MORRISON C. ENGLAND, JR** |

### ORDER OF DISMISSAL

Defendant Lincoln General Insurance Company and Plaintiff California Shock Trauma Air Rescue ("CALSTAR"), by and through their attorneys of record, have stipulated to a dismissal of CALSTAR's First Amended Complaint with prejudice against defendant Lincoln General Insurance Company only:

///

///

///

- 1 -

632.005-770738.1

[PROPOSED] ORDER RE DISMISSAL RE LINCOLN GENERAL 2:09-CV-00090

PDF created with pdfFactory trial version www.pdffactory.com

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

1    IT IS HEREBY ORDERED that CALSTAR's First Amended Complaint be dismissed
2 with prejudice, in its entirety, against Lincoln General Insurance Company only, pursuant to
3 stipulation of the parties and in accordance with Federal Rule of Civil Procedure 41(a)(1).  Each
4 party shall bear their own attorneys' fees and costs.

5    IT IS SO ORDERED.

6 DATED: June 25, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com