UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SHOCK TRAUMA AIR RESCUE,<br><br>Plaintiff,<br><br>v.<br><br>STATE COMPENSATION INSURANCE FUND, et al.,<br><br>Defendants. | Case No.  2:09-cv-00090-MCE-JFM<br><br>**ORDER DISMISSING CITY OF SALINAS ONLY**<br>**[FRCP 41(a)(2)]**<br><br>**[Filed concurrently with Stipulation]** |

Defendant City of Salinas and Plaintiff California Shock Trauma Air Rescue ("CALSTAR"), by and through their attorneys of record, have stipulated to a dismissal of CALSTAR's First Amended Complaint with prejudice against defendant City of Salinas only:

IT IS HEREBY ORDERED that CALSTAR's First Amended Complaint be dismissed with prejudice, in its entirety, against City of Salinas only, pursuant to stipulation of the parties and in accordance with Federal Rule of Civil Procedure 41(a)(2).  Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: June 30, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

632.005-770774.1

[PROPOSED] ORDER RE DISMISSAL RE CITY OF SALINAS 2:09-CV-00090

PDF created with pdfFactory trial version www.pdffactory.com